1-800-259-5300



Home    Online Services    News/Media    FAQs    Contact us

Consumers >    Industry >    Industry Access

# Active Company Search

Search Results - Name: indian harbor

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| Indian Harbor Insurance Company | 70 Seaview Avenue Stamford, CT 06902 | (203) 964-5200 | | DE | Surplus Lines - 04/03/1996 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300



Home   Online Services   News/Media   FAQs   Contact us

Consumers >           Industry >                                      Industry Access

# Active Company Search

Search Results - Name: QBE specialty

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| QBE Specialty Insurance Company | One Qbe Way Sun Prairie, WI 53596 | (212) 805-9700 | | ND | Surplus Lines - 03/26/2008 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance

1-800-259-5300



Home    Online Services    News/Media    FAQs    Contact us

Consumers >          Industry >                                              Industry Access

# Active Company Search

Search Results - Name: steadfast

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| STEADFAST INSURANCE COMPANY | 1299 Zurich Way Schaumburg, IL 60196 | (847) 605-6000 | | IL | Surplus Lines - 11/07/1990 |
| STEADFAST LIFE, LLC | 2901 Paynter Dr Ruston, LA 71270 | (318) 548-1088 | | | Producer Agency - 03/02/2021 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home     Online Services     News/Media     FAQs     Contact us

Consumers >          Industry >                                          Industry Access

# Active Company Search

Search Results - Name: general security indemnity company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| General Security Indemnity Company of Arizona | 28 Liberty Street, Suite 5400 New York, NY 10005 | (212) 480-1900 | | AZ | Surplus Lines - 05/15/1996 |

Return to Search

### About LDI
Events Calendar

Public Hearings

Videos

What We Do

Office Directory

### Connect With Us
FAQs

1-800-259-5300

### Quick Links
Search Bulletins, Directives & Regs

Search for Company or Agent

Search Rate Filings

Producer License Renewal

Report Insurance Fraud

Top 20 Lists by Market Share

Industry Career Opportunities



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

Consumers >    Industry >    Industry Access

# Active Company Search

Search Results - Name: united specialty insurance company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| United Specialty Insurance Company | 1900 L. Don Dodson Dr. Bedford, TX 76021 | (817) 265-2000 | | DE | Surplus Lines - 10/12/2006 |

Return to Search

About LDI    Connect With Us    Quick Links

Events Calendar    FAQs    Search Bulletins, Directives & Regs

Public Hearings    1-800-259-5300    Search for Company or Agent

Videos    Search Rate Filings

What We Do    Producer License Renewal

Office Directory    Report Insurance Fraud

Top 20 Lists by Market Share

Industry Career Opportunities



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home     Online Services     News/Media     FAQs     Contact us

Consumers >            Industry >                                              Industry Access

# Active Company Search

Search Results - Name: Lexington insurance company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|------|---------|--------------|------------------|----------|-----------------|
| Lexington Insurance Company | 99 High Street, 23rd Floor Boston, MA 02110 | (617) 330-1100 | | DE | Surplus Lines - 02/24/1976 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|-----------|-----------------|-------------|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

Consumers >    Industry >    Industry Access

# Active Company Search

Search Results - Name: hdi specialty insurance company
(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| HDI Specialty Insurance Company | 161 N. Clark Street - 48th Floor Chicago, IL 60601 | (312) 580-1900 | (800) 607-3488 | IL | Surplus Lines - 09/27/2017 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance

1-800-259-5300



Home　　Online Services　　News/Media　　FAQs　　Contact us

Consumers >　　　　Industry >　　　　　　　　　　　　　　Industry Access

# Active Company Search

Search Results - Name: underwriters at lloyd's

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| Underwriters at Lloyd's, London (Lloyds of London) | Lloyd's America, Inc. 42 West 54th, 14th Floor New York, NY 10019 | (312) 407-6200 | | | Surplus Lines - 01/23/1981 Reciprocal Jurisdiction Reinsurer - 01/01/2022 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

Consumers >          Industry >                                                  Industry Access

# Active Company Search

Search Results - Name: old republic union insurance company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| OLD REPUBLIC UNION INSURANCE COMPANY | 307 North Michigan Avenue Chicago, IL 60601 | (312) 346-8100 | | IL | Surplus Lines - 09/09/1983 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance

1-800-259-5300



Home   Online Services   News/Media   FAQs   Contact us

Consumers >   Industry >   **Industry Access**

# Active Company Search

Search Results - Name: geovera specialty insurance company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| GeoVera Specialty Insurance Company | 1455 Oliver Road Fairfield, CA 94534 | (707) 863-3700 | (800) 720-1707 | DE | Surplus Lines - 02/25/2005 |

Return to Search

### About LDI
Events Calendar

Public Hearings

Videos

What We Do

Office Directory

### Connect With Us
FAQs

1-800-259-5300

### Quick Links
Search Bulletins, Directives & Regs

Search for Company or Agent

Search Rate Filings

Producer License Renewal

Report Insurance Fraud

Top 20 Lists by Market Share

Industry Career Opportunities



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance



1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

Consumers >    Industry >    Industry Access

# Active Company Search

Search Results - Name: transverse specialty insurance company

(Click on Name to view details)



| Name | Address | Phone Number | Toll Free Number | Domicile | License Type(s) |
|---|---|---|---|---|---|
| Transverse Specialty Insurance Company | 155 Village Boulevard, Suite 205 Princeton, NJ 08540 | (704) 522-2000 | | DE | Surplus Lines - 06/29/1983 |

Return to Search

| About LDI | Connect With Us | Quick Links |
|---|---|---|
| Events Calendar | FAQs | Search Bulletins, Directives & Regs |
| Public Hearings | 1-800-259-5300 | Search for Company or Agent |
| Videos | | Search Rate Filings |
| What We Do | | Producer License Renewal |
| Office Directory | | Report Insurance Fraud |
| | | Top 20 Lists by Market Share |
| | | Industry Career Opportunities |



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022
Louisiana Department of Insurance