UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYDS, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, and TRANSVERSE SPECIALTY INSURANCE COMPANY,

        Petitioners,

-against-

3131 VETERANS BLVD LLC,

        Respondent.

No. 22-CV-9849 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall confer and inform the Court by letter no later than June 16, 2025 of how they propose to proceed.

**SO ORDERED.**

Dated:    June 9, 2025
           New York, New York

                                        /s/ Loretta A. Preska
                                        LORETTA A. PRESKA
                                        Senior United States District Judge